SO ORDERED
Date signed February 27, 2019
REGISTRY OF JUDGMENTS



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| CORRINA CRYSTAL AMANDA SABEDRA | * | Case No. 18-18093-DER |
| Debtor. | * | (Chapter 13) |
| * * * * * * * | * | |
| MARYLAND DEPARTMENT OF LABOR, LICENSING AND REGULATION, | * | |
| Plaintiff | * | |
| v. | * | Adversary Proceeding No. 18-299 |
| CORRINA CRYSTAL AMANDA SABEDRA, | * | |
| Defendant. | * | |
| * * * * * * * | * * * * * * | |

### JUDGMENT

In accordance with that Order entered contemporaneously herewith, it is by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that judgment is granted against the defendant CORRINA CRYSTAL AMANDA SABEDRA, and in favor of the plaintiff MARYLAND DEPARTMENT OF LABOR, LICENSING AND REGULATION in the amount of Thirteen Thousand, Nine Hundred Sixty-Two Dollars and Thirty-Three Cents ($13,962.33), plus costs of $350 (the adversary filing fee), plus interest at the federal rate from the date of entry of this judgment.

.

cc:

| | |
|---|---|
| Orbie R. Shively, Esq.<br>Maryland Department of Labor,<br>Licensing & Regulation<br>Litigation and Prosecution Unit<br>1100 North Eutaw Street, Rm. 522<br>Baltimore, MD 21201 | United States Trustee<br>Garmatz Federal Courthouse<br>101 W. Lombard St., Rm. 2625<br>Baltimore, MD 21201 |
| Corrina Crystal Amanda Sabedra<br>11247 Crystal Run, Unit A<br>Columbia, MD 21044 | James D. Green, Esq.<br>30 Greenway, NW Suite 3<br>Glen Burnie, MD 21061 |

**END OF ORDER**